# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:17-CV-06400-RGK-SS | Date | November 13, 2017 |
|---|---|---|---|
| Title | *Neman Brothers and Assoc., Inc. v. One Step Up Ltd. et al* | | |

Present: The Honorable   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:   Attorneys Present for Defendant:

Not Present   Not Present

**Proceedings:**   **(IN CHAMBERS) Order Re: Plaintiff's Applications to File Exhibits 8, 10-1, 10-2, 10-3, 13-1, and 15 to Declaration of Chan Yong Jeong in Support of Plaintiff's Opposition Under Seal (DEs 27, 28, 29, 30, 31, and 37)**

Plaintiff Nehman Brothers & Associates, Inc. ("Plaintiff") has moved this Court for an order granting Plaintiff's application to file under seal Exhibits 8, 10-1, 10-2, 10-3, 13-1, and 15 to the Declaration of Chan Yong Jeong in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment. Plaintiff filed the application pursuant to a Protective Order granted in a related case. (*See* Protective Order, 2:15-CV-3837-RGK-SS, ECF No. 36.) In accordance with Local Rule for the Central District of California 79-5.2.2(b)(i), Defendant and Designating Party One Step Up Ltd. ("OSU") filed a declaration to establish that these exhibits are sealable.

After full consideration of Plaintiff's applications and OSU's declaration, the Court orders that Exhibits 8, 10-2, 10-3, 13-1, and 15 be filed under seal. In the future, Plaintiffs are directed to file such requests in a single application so as not to flood the docket with individual filings.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer