# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>ONE STEP UP LTD.; HARRY ADJMI; MORRIS TBIELE; ROSS STORES, INC. d/b/a DD's Discounts; FACTORY CONNECTION, LLC; and DOES 1-10, inclusive,<br><br>Defendants. | Case No 2:17-cv-06400-RGK-SS<br><br>**[PROPOSED] JUDGMENT** |

# JUDGMENT

Pursuant to the Court's Order re: Defendants' for Summary Judgment (DE 25), dated December 13, 2017 (ECF. No. 51), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. Judgment is entered in favor of Defendants One Step Up, Ltd. ("OSU"), Ross Stores, Inc. ("Ross"), Factory Connection, LLC ("Factory"), Harry Adjmi ("Adjimi"), and Morris Tbeile ("Tbeile") (collectively "Defendants") and against Neman Brothers & Associates, Inc. ("Plaintiff") as to all claims, including Plaintiff's claims for: (i) Copyright Infringement; (ii) Vicarious and Contributory Copyright Infringement; (iii) Actual Fraud; and (iv) Breach of Warranties and Representations;

2. Plaintiff's claims against Defendants are dismissed in their entirety, with Prejudice;

3. Defendants are deemed the prevailing parties; and,

4. Defendants may recover all costs and attorneys' fees as provided by law.

**IT IS SO ORDERED.**

Dated: December 28, 2017

_____
Honorable R. Gary Klausner
United States District Judge


Submitted by:
MILORD & ASSOCIATES, P.C.

/s/ *Milord A. Keshishian*
Milord A. Keshishian
Attorneys for Defendants
One Step Up, Ltd., Harry Adjmi,
Morris Tbiele, Ross Stores, Inc.,
and Factory Connection, LLC.