|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 2 2019 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| NEMAN BROTHERS AND ASSOC., INC., a California corporation,<br><br>　　　　　Plaintiff-Appellant,<br><br>　v.<br><br>ONE STEP UP, LTD., a New York corporation; et al.,<br><br>　　　　　Defendants-Appellees. | No.　17-56876<br><br>D.C. No.<br>2:17-cv-06400-RGK-SS<br>Central District of California, Los Angeles<br><br>ORDER |

Before: WARDLAW and BENNETT, Circuit Judges, and SESSIONS,[*] District Judge.

Appellees' motion for an award of attorneys' fees on appeal [Dkt. 48] is GRANTED. The determination of an appropriate amount of fees on appeal is referred to the Appellate Commissioner, who shall conduct whatever proceedings he deems proper, and who shall have authority to enter an order awarding fees. *See* 9th Cir. R. 39-1.9. The Appellate Commissioner's order is subject to reconsideration by the panel.

---

[*] The Honorable William K. Sessions III, United States District Judge for the District of Vermont, sitting by designation.